# AHMAD & ASSOCIATES

Anser Ahmad, Esquire*

*Main Office*:
8201 Greensboro Drive,
Suite 300
McLean, VA 22102
(877) 888-6400

*Satellite Office Locations:*
Harrisburg, PA
Rockville, MD
www.ahmadandassociates.net
ahmadassociateslaw@gmail.com

March 13, 2015

**Via Express Mail**

Jerome A. Diekemper
7730 Carondelet Ave. Suite 200
St. Louis, MO 63105

RE: Mediation Fee: 4:10-cv-02219-AGF Ladd v. City of St. Louis, Missouri, et al.

Dear Mr. Diekemper:

Please find enclosed a certified check in the amount of $665.00 in the above referenced matter.

Please feel free to contact me should you have any questions or concerns. Thank you in advance for your time and attention.

Sincerely,

Anser Ahmad, Esq.

AA/ua
Enclosures

**Reply To:**
8201 Greensboro Drive, Suite 300 McLean, VA 22102
phone: (877) 888-6400  fax: (877) 264-5874

* Admitted to the Bar of Pennsylvania. Practice outside of Pennsylvania limited to Immigration Law.