UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ABU BAKR LADD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10CV02219 AGF |
| | ) | |
| PAUL NOCCHIERO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

Pursuant to the Memorandum and Order filed herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Defendants and against Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 25th day of June, 2015.